CLEAR FORM

## UNITED STATES DISTRICT AND BANKRUPTCY COURTS
### FOR THE DISTRICT OF COLUMBIA

Julie Tanser
PLAINTIFF

21111 Wood Ave
Address (No Post Office Boxes)

Torrance        CA        90503
City            State     Zip Code

VS.

Case: 1:23-cv-00872
Assigned To : Unassigned
Assign. Date : 3/30/2023
C  Description: Pro Se Gen. Civ. (F-DECK)

Visa, PNC, Marriott Bonvoy
DEFENDANT

Jury Trial: ☐ Yes  ☐ No

Address (No Post Office Boxes)

City            State     Zip Code

**COMPLAINT**

Debit card
Visa posts my charges when they
choose to and they are always late
PNC never has the accurate amount
available

I understand that Visa has taken over
the banking system since 2000.
Everything has changed

RECEIVED

MAR 30 2023

Clerk. U.S. District & Bankruptcy
Courts for the District of Columbia

Rev: 01/10/2023
*Use additional pages as needed

Julie Tanser
Original Signature (in pen)

Julie Tanser
Name (if applicable, Prisoner ID No.)

21111 Wood Ave
Address or Facility Address

Torrance        CA        90503
City            State     Zip Code